UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN KILGORE, | No. 2:11-cv-1745 TLN DAD P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 3, 2014, the magistrate judge filed amended findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The amended findings and recommendations filed October 3, 2014, are adopted in full; and

1

2. Defendants' motion to dismiss (Doc. No. 25) is denied as to Defendants Auer, King, Molina, Mwai, Okoroike, and Riggs, but granted as to Defendant Freitas

Dated:  November 14, 2014

Troy L. Nunley
United States District Judge