UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN KILGORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIRECTOR, et al.,<br><br>　　　　Defendants. | No.  2:11-cv-1745 TLN DAD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a motion for a settlement conference.

Plaintiff's motion is premature.  Plaintiff is advised that the court will not order a mandatory settlement conference between the parties until after it has ruled on any forthcoming summary judgment motions.  Dispositive motions are due to be filed in this action on or before June 26, 2015.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a settlement conference (Doc. No. 36) is denied as premature.

Dated:  May 15, 2015

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
kilg1745.scd

1