UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN KILGORE, | No.  2:11-cv-1745 TLN KJN (TEMP) P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR, et al., | |
| Defendant. | |

On March 7, 2016, Plaintiff filed a request for reconsideration of the magistrate judge's Order filed February 26, 2016 (ECF No. 50), denying Plaintiff's motions for counsel.  (ECF No. 51.)  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.  Furthermore, the additional "circumstances" listed by Plaintiff in his request for reconsideration still do not meet his burden of demonstrating exceptional circumstances warranting the appointment of counsel as required by *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the Order of the magistrate judge filed February 26, 2016, is affirmed.  This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

1

1 | Dated: March 18, 2016

Troy L. Nunley
United States District Judge

2